UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA CABRAL,

Plaintiff,

v.

COUNTY OF SANTA CLARA, et al.,

Defendants.

Case No. 26-cv-03871-EKL

**ORDER TO SHOW CAUSE REGARDING DISMISSAL**

On May 1, 2026, Plaintiff filed a complaint in this case. ECF No. 1. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days from the date the complaint was filed to serve the Defendants. That period expired on July 30, 2026. As of the date of this Order, Plaintiff has failed to file proof of service. In addition, mail sent to Plaintiff by the Clerk's Office was recently returned as undeliverable. Plaintiff must keep the court informed of any change of address by filing a separate document with the Clerk's Office headed "Notice of Change of Address." Failure to do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and **no later than August 21, 2026**, why her claims should not be dismissed without prejudice for lack of timely service on Defendants. The initial case management conference scheduled for August 19, 2026 is hereby VACATED.

**IT IS SO ORDERED.**

Dated: July 31, 2026

Eumi K. Lee
United States District Judge

United States District Court
Northern District of California