United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CABRAL,<br>Plaintiff,<br>v.<br>COUNTY OF SANTA CLARA, et al.,<br>Defendants. | Case No. 26-cv-03871-EKL<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 12 |

Self-represented Plaintiff Christina Cabral filed this action on May 1, 2026. After Plaintiff failed to timely serve Defendants pursuant to Federal Rule of Civil Procedure 4(m), the Court issued an order to show cause why this case should not be dismissed without prejudice for lack of timely service. The Court set a response deadline of August 21, 2026. That deadline has passed, and Plaintiff has not filed a response or proof of service on any Defendant.

Accordingly, this case is DISMISSED without prejudice for lack of timely service. The Clerk is directed to close the file in this case.

**IT IS SO ORDERED.**

Dated: August 24, 2026



Eumi K. Lee
United States District Judge