United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA CABRAL,<br>Plaintiff,<br>v.<br>COUNTY OF SANTA CLARA, et al.,<br>Defendants. | Case No. 26-cv-03871-EKL<br><br>**ORDER REOPENING CASE**<br>Re: Dkt. Nos. 15, 16 |

Self-represented Plaintiff Christina Cabral filed this case on May 1, 2026. ECF No. 1. Because Plaintiff failed to timely serve Defendants, the Court ordered Plaintiff to show cause why the case should not be dismissed for lack of service. ECF No. 12. The show cause deadline passed, no response was received, and the case was dismissed without prejudice. ECF No. 13.

Plaintiff has now filed a response to the order to show cause. ECF No. 15. Plaintiff acknowledges that service was not completed within 90 days of filing the complaint, as is required by Federal Rule of Civil Procedure 4(m). *Id.* However, Plaintiff also explains that she attempted to timely respond to the order to show cause, and that her response was received late due to a filing error. *Id.* Plaintiff now seeks relief from the Court's order of dismissal. *Id.* Plaintiff also seeks leave to file a second amended complaint to clarify her allegations and claims, and she requests an additional 90 days to effect service. *Id.*; *see also* ECF No. 16 (seeking similar relief).

Accordingly, having considered Plaintiff's filings and the relevant legal standards, the Court ORDERS as follows:

1. The order to show cause is DISCHARGED, and the case is REOPENED.
2. Plaintiff's request for leave to file a second amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) is GRANTED. Plaintiff shall file the second

amended complaint and an updated proposed summons by **December 11, 2026**.

3. Plaintiff shall file proof of service of the summons and the second amended complaint as to each Defendant by **February 11, 2027**.

Plaintiff is also advised that the Northern District Court has a guide for *pro se* litigants called Representing Yourself in Federal Court: A Handbook for Pro Se Litigants (https://cand.uscourts.gov/representing-yourself/pro-se-handbook), which provides instructions on how to proceed with a civil case. Plaintiff can access the guide, and additional resources for *pro se* litigants, on the Northern District Court's website (https://cand.uscourts.gov/representing-yourself).

**IT IS SO ORDERED.**

Dated: November 12, 2026

EUMI K. LEE
United States District Judge

United States District Court
Northern District of California